December 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

EARLINE  MELENDEZ, Appellant

NO. 14-12-00946-CV                                V.

HOUSTON INDEPENDENT SCHOOL DISTRICT AND CONNIE BERGER,
Appellees

_____

This cause, an appeal from the judgments in favor of appellees, Houston Independent School District and Connie Berger, signed September 6, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgments. We order the judgments of the court below **AFFIRMED**.

We order appellant, Earline Melendez, to pay all costs incurred in this appeal. We further order this decision certified below for observance.